```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KISSAN and SIKHS FOR JUSTICE,                                          :
                                                                       :
                                Plaintiffs,                            :
                                                                       :     21 Civ. 7790 (JPC)
        -v-                                                            :
                                                                       :     ORDER
NARENDRA MODI,                                                         :
                                                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on September 17, 2021.  Dkt. 1.  Defendant has not appeared in this action, and the docket does not reflect whether Defendant has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Moreover, Plaintiffs appear *pro se*, but (1) a class representative may not appear *pro se*, *see Hussein v., Sheraton New York Hotel*, 100 F. Supp. 2d 203, 206 (S.D.N.Y. 2000), and (2) a business organization may not appear *pro se*, *see Hounddog Productions, L.L.C. v. Empire Film Grp.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011).

      Plaintiffs are ordered to file a status letter by December 31, 2021, describing (1) whether service of the summons and Complaint has been made on Defendant, (2) if service has not been effected on Defendant, whether Plaintiffs request an extension of time to serve Defendant, and (3) whether Plaintiffs have retained or plan to retain counsel.  If Plaintiffs request an extension of time to effect service, they shall include in their letter an explanation of why there is good cause to excuse their failure to serve Defendant within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P.

4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Defendant, Plaintiffs must file proof of service on the docket no later than December 31, 2021.

The Clerk of Court is respectfully directed to mail this order to the *pro se* Plaintiffs.

SO ORDERED.

Dated: December 20, 2021
New York, New York

                                         _____
                                         JOHN P. CRONAN
                                         United States District Judge