```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KISSAN and SIKHS FOR JUSTICE,                                    :
                                                                 :
                             Plaintiffs,                         :
                                                                 :       21 Civ. 7790 (JPC)
                -v-                                              :
                                                                 :             ORDER
NARENDRA MODI,                                                   :
                                                                 :
                                                                 :
                             Defendant.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on September 17, 2021. Dkt. 1. Defendant has not appeared in this action, and the docket does not reflect whether Defendant has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court ordered Plaintiffs to file a status letter regarding their failure to serve by December 31, 2021, and Plaintiffs failed to do so. Dkt. 3. Plaintiffs are once again ordered to file the letter by January 14, 2022. If Plaintiffs do not comply with this Order, Plaintiffs are on notice that the Court may dismiss this case without further notice. The Clerk of Court is respectfully directed to mail this Order and the Order at Docket Number 3 to the *pro se* Plaintiffs.

SO ORDERED.

Dated: January 5, 2022
       New York, New York
                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge