```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KISSAN and SIKHS FOR JUSTICE,                                          :
                                                                       :
                              Plaintiffs,                              :
                                                                       :     21 Civ. 7790 (JPC)
              -v-                                                      :
                                                                       :            ORDER
NARENDRA MODI,                                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on September 17, 2021.  Dkt. 1.  Defendant has not appeared in this action, and the docket does not reflect whether Defendant has been served.  Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The Court ordered Plaintiffs to file a status letter regarding their failure to serve by December 31, 2021.  Dkt. 3.  Plaintiffs failed to do so.  The Court again ordered Plaintiffs to file a status letter by January 14, 2022, warning Plaintiffs that the failure to comply with the Court's Order may result in dismissal of this case without further notice.  Dkt. 4.  Plaintiffs did not respond.  This action is thus dismissed without prejudice.  The Clerk of Court is respectfully directed to close this case and to mail this order to the *pro se* Plaintiffs.

      SO ORDERED.

Dated: January 21, 2022                          _____
       New York, New York                             JOHN P. CRONAN
                                                           United States District Judge